IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| XUEHONG SHARON GOU,            )<br>         Plaintiff,                              )<br>                                                   )<br>vs.                                              )     Case No. CIV-21-679-R<br>                                                   )<br>THE BOARD OF REGENTS OF      )<br>THE UNIVERSITY OF OKLAHOMA, )<br>         Defendant.                          )| |

## JOINT APPLICATION FOR AGREED PROTECTIVE ORDER

The parties respectfully move this Court to enter the agreed Protective Order, submitted to the Court via email. In support of this Joint Application, the parties show the Court as follows:.

1. The parties have been and are currently engaged in written discovery and document production.

2. Certain documents and information have been requested in this case which the parties believe to be confidential.

3. The parties have agreed to protect against the disclosure of certain information to certain persons outside of this case through the proposed agreed Protective Order.

For these reasons, the parties respectfully request this Court's approval of the proposed agreed Protective Order, which will be submitted for the Court's consideration via email.

1

RESPECTFULLY SUBMITTED this 22nd day of June 2022.

/s/ Richard C. Labarthe
Stanley M. Ward, OBA # 9351
8001 E Etowah Rd.
Noble, Oklahoma 73068
(405) 872-5111 Telephone

Richard C. Labarthe, OBA # 11393
Alexey V. Tarasov, OBA # 32926
LABARTHE & TARASOV,
a professional association
820 N.E. 63rd Street, Suite Lower E
Oklahoma City, Oklahoma 73105-6431
(405) 843-5616 Telephone
(405) 843-9685 Facsimile
richard@labarthelaw.com
330 W. Gray Street, Suite 208
Norman, OK 73069
(405) 410-5631 Telephone
(832) 558-3540 Facsimile
alexey@tarasovlaw.com
*Attorneys for Plaintiff*

and

/s/ John C. Curtis III
M. Dan Weitman, OBA #17412
John C. Curtis III, OBA #32759
Office of Legal Counsel
University of Oklahoma
660 Parrington Oval, Suite 213
Norman, Oklahoma 73019
Telephone: (405) 325-4124
dan.weitman@ou.edu
john.curtis@ou.edu
*Attorneys for Defendant The Board of
Regents of the University of Oklahoma*